IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT DIGGS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 23-cv-01820<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Susan E. Cox** |

## MOTION FOR LEAVE TO AMEND SCHEDULE A
## TO THE COMPLAINT INSTANTER

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Robert Diggs ("Plaintiff"), by its counsel, files this Motion requesting leave to file an Amended Schedule A to the Complaint *instanter*, to dismiss the following defendants from this action, who have resolved all underlying claims with Plaintiff:

| Defendant Name | Line No. |
|---|---|
| Pro Flag Depart (ENMOONVagairKasflag QiQ | 63 |

Plaintiff is specifically requesting leave to file an Amended Schedule A that will reflect all remaining defendants in this action. Plaintiff respectfully requests leave to file an Amended Schedule A to the Complaint *instanter*.

Dated this 17th day of April 2023.  Respectfully submitted,

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Quinn B. Guillermo
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
qguillermo@gbc.law

*Counsel for Plaintiff Robert Diggs*